HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES C. WARREN,

    Plaintiff,

  v.

STEWART ANDREWS, MD, et al.,

    Defendants.

Case No. C17-1934-RAJ

ORDER

The Court has reviewed Plaintiff's Complaint (Dkt. # 4), Amended Complaint (Dkt. # 16), the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 21), Plaintiff's "Motion for Copies of Pleadings Filed in Case, Appointment of Counsel, Explanation of Report and Recommendation" (Dkt. # 22), Plaintiff's "Motion for Extension of Time to Object to Report and Recommendation" (Dkt. # 23), and the remaining record.

The Court concurs fully in the recommendations of the Report and Recommendation. As explained by Judge Tsuchida, Plaintiff's claim was not filed within the applicable three-year statute of limitations period. Dkt. # 21 at 2. Despite Judge Tsuchida offering Plaintiff an opportunity to show he was entitled to equitable tolling, Plaintiff has made no such showing. *Id*. at 2-3. Finally, Plaintiff failed to adequately plead a claim for any constitutional violation. *Id*. at 3-4.

ORDER – 1

Objections to Judge Tsuchida's R&R were due by October 18, 2018. Dkt. # 21. On October 17, 2018, Plaintiff filed a "Motion for Copies of Pleadings Filed in Case, Appointment of Counsel, Explanation of Report and Recommendation" with a number of requests for this Court. Dkt. # 22. In this filing, Plaintiff requests (1) copies of all documents filed in this case; (2) "disability services" from the U.S. District Court and the United States Government; (3) an application to appoint an attorney; (4) copies of all communications between the Court and the Washington Department of Corrections "involved/about this case"; (5) an explanation of Judge Tsuchida's Report and Recommendation; and (6) a copy of this Court's "Administrative Procedures for Prisoner E-Filing." Dkt. # 22. Plaintiff does not cite any legal authority that would entitle him to any of these requests, nor does Plaintiff explain with any specificity why he needs, for instance, every single filing in this case or this Court's e-mails. Plaintiff does not state what, if any, "disability services" are required, and for what reason. The Court also notes that the attorney application and e-filing guide are both available upon request in the Clerk's Office or on this Court's website (www.wawd.uscourts.gov), and have been from the very outset of this case. However, even if Plaintiff had properly sought and received these documents, it would not make any difference in the ultimate disposition of the case, which is a dismissal of Plaintiff's time-barred claim.

For these reasons, the Court will not order the copying, printing, and mailing of the voluminous collection of information Plaintiff seeks. Instead, when the Clerk of the Court mails a copy of this Order to Plaintiff, they should also mail a copy of the docket sheet and another copy of the Report and Recommendation with its attachments. Otherwise, Plaintiff's requests (Dkt # 22) are **DENIED**. Moreover, within this filing, Plaintiff also objected to the R&R as containing "inaccurate [sic] and incomplete information." Dkt. # 22 at 3. Plaintiff did not elaborate on what was incomplete or inaccurate about Judge Tsuchida's R&R, and the Court cannot find any fault on its own accord. The Court thus **DENIES** Plaintiff's objection. Dkt # 22.

ORDER – 2

Finally, on October 18, 2018, Plaintiff filed a Motion for an Extension of Time to Object to Report and Recommendation. Dkt. # 23. By the time Plaintiff filed this motion, he had already objected to the R&R in his previous motion a day earlier. Dkt. # 22 at 3. Plaintiff now requests an extension to make a more "complete" objection after additional discovery of records, and because of an alleged injury he suffered on October 17. Dkt. # 23 at 1-2. Unlike his previous motion for an extension (Dkt. # 11), Plaintiff provided no supporting evidence or declaration that this injury occurred. Even if he had, Plaintiff had ample time to object to Judge Tsuchida's recommendation that his claim be dismissed as time-barred, and Plaintiff had no trouble filing an objection (and a host of other requests) on October 17, 2018, despite his alleged head injury. Dkt. # 21. In fact, Plaintiff was first put on notice of the fact that his Complaint was time-barred in Judge Tsuchida's Show Cause Order on January 30, 2018. Dkt. # 8. Plaintiff gives no reasonable explanation for why he has not been able to research or address this deficiency for the past ten months. Moreover, given that the effect of Judge Tsuchida's well-reasoned R&R is a dismissal of Plaintiff's time-barred claim, the Court believes granting such a request would be futile. The Court will thus **DENY** Plaintiff's Motion for an Extension of Time. Dkt. # 23.

Accordingly, the Court adopts the Report and Recommendation (Dkt. # 21), **DENIES** Plaintiff's Motion for Copies of Pleadings Filed in Case, Appointment of Counsel, Explanation of Report and Recommendation (Dkt. # 22), **DENIES** Plaintiff's Motion for Extension of Time to Object to Report and Recommendation (Dkt. # 23), and **DISMISSES** this case with prejudice.

DATED this 2nd day of November, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3